IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1:13CR08 SNLJ |
| BYRON C. GLENN, | ) |
| Defendant. | ) |

**<u>MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD</u>**

COMES NOW the undersigned counsel and respectfully requests the Court for an Order granting Motion to Withdraw as Counsel of Record.

Adam D. Fein of Rosenblum, Schwartz, Rogers & Glass, PC, has entered his appearance in the above-styled case.

Respectfully submitted,

/s/Michael A. Skrien
MICHAEL A. SKRIEN
Assistant Federal Public Defender
325 Broadway, 2nd Floor
P.O. Box 2043
Cape Girardeau, Missouri 63702-2043
Telephone: (573) 339-0242
Fax: (573) 339-0305
E-mail: Michael_Skrien@fd.org

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

      I hereby certify that on March 7, 2013, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon H. Morley Swingle, Assistant United States Attorney.

                                        /s/Michael A. Skrien
                                        MICHAEL A. SKRIEN