```
 1                  UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
 2                      SOUTHEASTERN DIVISION

 3   UNITED STATES OF AMERICA,

 4          Plaintiff,

 5          vs.      Cause No. 1:13CR00008 SNLJ

 6   BYRON C. GLENN,

 7          Defendant.
     ========================================================
 8            TRANSCRIPT OF INITIAL APPEARANCE

 9        BEFORE THE HONORABLE LEWIS M. BLANTON
              UNITED STATES MAGISTRATE JUDGE
10
                      FEBRUARY 6, 2013
11   ========================================================

12
                           APPEARANCES
13
     For the Government:
14
     Harry Morley Swingle
15   Office of US Attorney
     555 Independence
16   Room 3000
     Cape Girardeau, MO 63703
17
     For the Defendant:
18
     Pro Se
19

20

21                       Transcribed by:

22      Alison M. Garagnani, CCR #475, CSR, RMR
                   Official Court Reporter
23              United States District Court
              555 Independence, Room 3100
24               Cape Girardeau, MO 63703
                       (573)331-8832
25
           Proceedings Recorded by Electronic Recording
```

```
 1                  (THE PROCEEDINGS BEGAN AT 2:26 P.M.)
 2                  (THE FOLLOWING PROCEEDINGS WERE HELD
 3   IN OPEN COURT AND WITH THE DEFENDANT PRESENT:)
 4                  THE COURT:  This is Cause
 5   No. 1:13-CR-8 SNLJ, United States of America
 6   versus Byron Cornelius Glenn.
 7                  Comes now the United States by
 8   Assistant United States Attorney Morley Swingle.
 9                  Are you Byron Cornelius Glenn?
10                  THE DEFENDANT:  I'm the beneficiary
11   of that name.
12                  THE COURT:  What's that mean?
13                  THE DEFENDANT:  Well, I'm not the
14   legal fiction.
15                  THE COURT:  Are you Byron
16   Cornelius --
17                  THE DEFENDANT:  I'm Byron -- I go by
18   Byron Cornelius.  I'm not the trustee for that
19   name.
20                  THE COURT:  Is your last name Glenn?
21                  THE DEFENDANT:  Well, that's
22   debatable too.  If you'll look at my birth
23   certificate, it says legally --
24                  THE COURT:  I'm not going to look at
25   your birth certificate.
```

```
 1                THE DEFENDANT:  Well, I'm just
 2   trying to tell you why I can't answer that
 3   question.
 4                THE COURT:  Comes the Defendant in
 5   person unrepresented.
 6                Mr. Glenn, have you received a copy
 7   of the indictment?
 8                THE DEFENDANT:  Are you referring to
 9   me, Your Honor?
10                THE COURT:  Yeah, I'm referring to
11   you.
12                THE DEFENDANT:  I have this document
13   before me.
14                THE COURT:  Does it say indictment
15   on it?
16                THE DEFENDANT:  Yes, it does.
17                THE COURT:  All right.  Would you
18   like me to go over that with you, or do you
19   understand what you're charged with?
20                THE DEFENDANT:  No, I do not.
21                THE COURT:  All right.  You're
22   charged in five counts.  The first count charges
23   that on or about July 26th, 2012 in the
24   Southeastern Division of the Eastern District of
25   Missouri you knowingly with the intent to defraud
```

1  presented to the First State Community Bank in
2  Cape Girardeau, Missouri, a fictitious
3  instrument, specifically an item that purported
4  to be a money order in the amount of $149,593.67
5  dated July 26th, 2012, purporting to be drawn
6  upon an account bearing a United States Treasury
7  routing number, in an attempt to pay off a
8  mortgage loan, and such fictitious instrument
9  purported to be an actual money order, a
10 security, issued under the authority of the
11 United States.  All in violation of the statute.
12             Count II charges with on or about
13 July 26th, 2012, in the Southeastern Division of
14 the Eastern District of Missouri you knowingly,
15 with the intent to defraud, presented to the
16 First State Community Bank in Cape Girardeau,
17 Missouri, a fictitious instrument, specifically
18 an item that purported to be a money order in the
19 amount of $27,559.71, dated July 26th, 2012,
20 purporting to be drawn upon an account bearing a
21 United States Treasury routing number, in an
22 attempt to pay off a second mortgage loan, and
23 such fictitious instrument purported to be an
24 actual money order, a security, issued under the
25 authority of the United States.  All in violation

1  of the statute.
2          Count III charges that on or about
3  July 12th, 2012, in the Southeastern Division of
4  the Eastern District of Missouri you knowingly,
5  with the intent to defraud, made a fictitious
6  instrument, specifically an item that purported
7  to be a money order in the amount of $489,651
8  dated July 12th, 2012, purporting to be drawn
9  upon an account bearing a United States Treasury
10 routing number, for the purpose of presenting it
11 to the Bank of America in Cape Girardeau,
12 Missouri, in an attempt to pay off a mortgage
13 loan, and such fictitious instrument purported to
14 be an actual money order, a security, issued
15 under the authority of the United States.  All in
16 violation of the statute.
17         Count IV, the Grand Jury charges
18 that on or about November 8th, 2012, in the
19 Southeastern Division of the Eastern District of
20 Missouri, you knowingly, with the intent to
21 defraud, presented to the First State Community
22 Bank in Cape Girardeau, Missouri, a fictitious
23 instrument, specifically an item that purported
24 to be a check in the amount of $250,000, dated
25 November 8th, 2012, purporting to be drawn upon

```
 1   the United States Federal Reserve Bank in
 2   Cleveland, from an account bearing a United
 3   States Federal Reserve Bank routing number,
 4   payable to Cape Urgent Care, Inc. in Cape
 5   Girardeau, Missouri, and such fictitious
 6   instrument purported to be an actual check, a
 7   security, issued under the authority of the
 8   United States.  All in violation of the statute.
 9               Count V charges that on or about
10   December 12th, 2012, in the Southeastern Division
11   of the Eastern District of Missouri you committed
12   the crime of mail fraud, in that Defendant
13   devised a scheme to defraud by which he would
14   discharge a $171,000 debt with the First State
15   Community Bank by presenting them with an account
16   closed check drawn on the Bank of America, and on
17   or about December 13th, 2012, for the purpose of
18   attempting to execute the above-described scheme
19   to defraud, you knowingly caused to be delivered
20   by mail check number 7979 dated December 12th,
21   2012, drawn upon a closed account with Bank of
22   America, payable to the First Community State
23   Bank, in the amount of $171,000, bearing a
24   notation that it was for debt discharge, and at
25   the time Defendant caused the above-described
```

1  closed account check to be delivered to First
2  Community State Bank, he knew the Bank of America
3  account was closed and that he did not have
4  sufficient money in the account for the check to
5  clear, and he did so with the intent to defraud
6  the First State Community Bank out of the
7  $171,000 he owed the bank.  All in violation of
8  the statute.
9              So that's what you're charged with.
10             THE DEFENDANT:  At some point do I
11 get to ask a question?
12             THE COURT:  Yeah, you can ask a
13 question.
14             THE DEFENDANT:  Well, like the first
15 question is I don't know who you are, your name.
16             THE COURT:  I'm a judge.
17             THE DEFENDANT:  A judge?
18             THE COURT:  Yes.
19             THE DEFENDANT:  Do you have your
20 oath of office with you?
21             THE COURT:  No.
22             THE DEFENDANT:  You don't have your
23 oath of office with you?
24             THE COURT:  That's correct.
25             Now, you have the right to be

1  represented by an attorney.  You didn't talk to
2  pretrial services, which is your right, so we
3  don't know if you have any money or not, but you
4  need an attorney, so we are going to appoint a
5  federal public defender.
6          Do you know of any reason why the
7  public defender can't represent --
8          THE DEFENDANT:  Well, I can't accept
9  that.
10         THE COURT:   -- Mr. Glenn?
11         I'm not talking to you at this time,
12 Mr. Glenn.
13         Mr. Swingle, do you know of any
14 reason why the public defender cannot --
15         MR. SWINGLE:  I know of no conflict,
16 Your Honor.
17         THE COURT:  Okay.  All right.
18         THE DEFENDANT:  And I object.
19         THE COURT:  Why do you object?
20         THE DEFENDANT:  Because I will not
21 have an attorney appointed for me.
22         THE COURT:  Well, you're going to
23 have to have one.
24         THE DEFENDANT:  I haven't consented
25 to anything that has happened today.

```
 1                THE COURT:  Well, that doesn't
 2   really make any difference, Mr. Glenn.
 3                THE DEFENDANT:  Yes, it does.  And
 4   you don't even have your oath of office, so how
 5   do I even know you're a judge?
 6                And what bonds do you have?  I'd
 7   like to see those as well.
 8                My Fourth Amendment as well as my
 9   Sixth, Seventh, Eighth and Ninth require that --
10                THE COURT:  The public defender will
11   be appointed.
12                THE DEFENDANT:  -- by the State
13   Department.
14                THE COURT:  And you have the right
15   to remain silent.  Anything you say can and will
16   be used against you.  You don't have to answer
17   any questions.  You don't have to make a
18   statement.
19                If you give up that right and begin
20   to answer questions, you can stop at any time.
21   You have the right to have your attorney with you
22   before you answer any questions.  And even if
23   your attorney is with you, you still have the
24   absolute right not to answer any questions and
25   not to make a statement.
```

1                 You're 57.  You were born
2     January 11th, 1956.
3                 The Government has filed a motion
4     for pretrial detention asking that you be held
5     without bail.  We'll have a hearing on that on
6     Monday.  You'll have the opportunity to talk to
7     your attorney before that hearing.
8                 There are two public defenders.
9     One's name is Mike Skrien.  The other is Scott
10    Tilsen.  And they have an investigator named Ron
11    Johnson.  And, as I say, you'll have a chance to
12    talk to your attorney prior to this hearing on
13    Monday.
14                And we'll schedule your arraignment
15    and detention hearing for February 11th, 2013, at
16    11:15 a.m.
17                Do you have any questions,
18    Mr. Glenn?
19                We'll be in recess.
20                THE DEFENDANT:  Yeah.  I have
21    questions, but it's --
22                THE COURT:  Well, if you want to ask
23    a question, you may do so.
24                THE DEFENDANT:  The simplest
25    question is not having consented to any of these

```
 1   proceedings doesn't seem to matter to this Court.
 2   That's fine.
 3               THE COURT:  No, it doesn't.  You're
 4   not here by choice.
 5               THE DEFENDANT:  I'm also, you know,
 6   for the record not under this jurisdiction, but
 7   that's just --
 8               THE COURT:  That's why you have an
 9   attorney to raise that question.
10               THE DEFENDANT:  What I would like to
11   know if I have one question is will I be afforded
12   a phone call?
13               THE COURT:  Will you what?
14               THE DEFENDANT:  Be afforded a phone
15   call.
16               THE COURT:  Oh, I think so.
17               THE DEFENDANT:  I hope so.
18               THE COURT:  Does the Government have
19   anything they'd like to say?
20               MR. SWINGLE:  Only, Your Honor, that
21   the indictment had been suppressed by letter of
22   the clerk, and that no longer needs to be
23   suppressed.  (Inaudible).
24               THE COURT:  Okay.  All right.  We'll
25   be in recess.
```

1           (PROCEEDINGS CONCLUDED AT 2:39 P.M.)
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1                C E R T I F I C A T E

2

3         I, Alison M. Garagnani, Registered Merit
4    Reporter, hereby certify that I am a duly
5    appointed Official Court Reporter of the United
6    States District Court for the Eastern District of
7    Missouri.
8         I further certify that the foregoing is a
9    true and accurate transcript of the proceedings
10   held in the above-entitled case.  And I further
11   certify that the foregoing pages contain an
12   accurate reproduction from taped proceedings had
13   on that date, transcribed to the best of my
14   ability.
15        I further certify that this transcript
16   contains pages 1 through 13 inclusive and that
17   this reporter takes no responsibility for missing
18   or damaged pages of this transcript when same
19   transcript is copied by any party other than this
20   reporter.
21             Dated Cape Girardeau, Missouri, this
22   19th day of June, 2013.
23
24   ---------------------------------------------
     /s/Alison M. Garagnani
25   Alison M. Garagnani, CCR, CSR, RMR.
     Official Court Reporter